R. DONALD McNEIL, #32702
FERRARI OTTOBONI, LLP
333 W. Santa Clara Street, Suite 700
San Jose, CA 95113
Telephone: (408) 280-0424

Attorneys for DAWN MICHELLE PETITCLERC AND TARA [PETITCLERC]

**GRANTED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNION SECURITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> DAWN MICHELLE PETITCLERC TARA PETITCLERC, and DEBRA CLASEN, <br><br> Defendants. | CASE NO: C06 06905 JW <br><br> STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT IN INTERPLEADER <br><br> [Local Rule 6-1(a)] |

IT IS HEREBY STIPULATED by and between plaintiff UNION SECURITY INSURANCE COMPANY, and defendants DAWN MICHELLE PETITCLERC and TARA PETITCLERC that the time within which said defendants must respond to the Complaint in Interpleader is enlarged to and including February 5, 2007, accompanying the filing of the ADR certificate or stipulation.

DATED: January 9, 2007

MESERVE, MUMPER & HUGHES LLP

By: _____
FREDERIC ESRAILIAN
Counsel for Plaintiff Union Security Insurance Co.

DATED: Jan 10, 2007

FERRARI OTTOBONI,

By: _____
R. DONALD McNEIL
Counsel for Dawn and Tara Petitclerc

1