Clay J. Christianson, Esq. (SBN 143024)
KELLY JACKSON & CHRISTIANSON, LLP
100 B Street, Suite 430
Santa Rosa, California 95401
(707) 578-7160
(707) 578-7469/Facsimile

Attorneys for Defendant
  Debra Clasen

**GRANTED**
/s/ James Ware
Judge James Ware
1/22/2007

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNION SECURITY INSURANCE, | Case No. C 06 06905 JW (RS) |
| Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND [LOCAL RULE 6-1] |
| v. | |
| DAWN MICHELLE PETITCLERC; TARA, PETITCLERC; and DEBRA CLASEN, et al., | |
| Defendants. | |

Plaintiff Union Security Insurance, in accordance with Civil Local Rule 6-1, stipulates that Defendant Debra Clasen shall have until February 5, 2007 to answer or otherwise respond to plaintiff's Complaint in Interpleader.

Dated: January 19, 2007                MESERVE, MUMPER & HUGHES LLP

                                       By /s/
                                          Frederic Esrailian, Esq.
                                          Attorneys for Plaintiff
                                          Union Security Insurance

Dated: January 19, 2007                KELLY JACKSON & CHRISTIANSON, LLP

                                       By /s/
                                          Clay J. Christianson
                                          Attorneys for Defendant
                                          Debra Clasen

KELLY JACKSON &
CHRISTIANSON, LLP

Case No. C06 06905 JW (RS)     STIPULATION TO EXTEND TIME TO RESPOND            Page 1

**SIGNATURE ATTESTATION**

**I attest that I have on file all holograph signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.**

Dated:  January 22, 2007

                        /s/
                        Clay J. Christianson
                        Attorneys for Defendant
                        Debra Clasen

KELLY JACKSON &
CHRISTIANSON, LLP

Case No. C 05 02310 MJJ              U.S. District Court - Northern District

## PROOF OF SERVICE BY MAIL
[FRCivP 5(b)]

I am employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 100 B Street, Suite 430, Santa Rosa, California 95401. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, such correspondence would be deposited with the United States Postal Service that same day in the ordinary court of business.

On the date of execution of this declaration, I served the attached:

**STIPULATION TO EXTEND TIME TO RESPOND**

on the interested parties in said cause, addressed as follows:

Brian K. Mazen, Esq.              *Attorney for Plaintiff Union Security Insurance*
Frederic Esrailian, Esq.          *213-620-0300*
Meserve, Mumper & Hughes LLP     *213- 625-1930 Fax*
300 South Grand Ave, 24th Floor
Los Angeles, CA 90071-3185

R. Donald McNeil, Esq.            *Attorneys for Defendants Dawn Michelle*
Laura Liccardo, Esq.              *Petitclerc and Tara Petitclerc*
Ferrari Ottoboni, LLP             *(408) 280-0535*
333 W. Santa Clara St., Ste 700   *(408) 280-0151 Fax*
San Jose, CA 95113-1716

__X__ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid, on the date of execution of this declaration, with our office outgoing mail following ordinary business practices.

____ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

____ (BY FACSIMILE) I caused the said document to be transmitted by Facsimile machine to the number indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 22, 2007, at Santa Rosa, California.

/s/
_____
Linda Moldrem

KELLY JACKSON &
CHRISTIANSON, LLP