**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Union Security Insurance Company, | NO. C 06-06905 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Dawn Petitclerc, et al., | |
| Defendant. | |

On February 20, 2007, the parties filed a Notice of Settlement informing the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 28.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before May 7, 2007, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **May 21, 2007 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before May 7, 2007, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  February 21, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Keith Mazen bmazen@mmhllp.com
Clay J. Christianson cchristianson@phkellylaw.com
Frederic Esrailian Fesrailian@mmhllp.com
Roderick Donald McNeil dmcneil@ferrari-ottoboni.com

**Dated: February 21, 2007**                           **Richard W. Wieking, Clerk**

                                                        **By:      /s/ JW Chambers
                                                               Elizabeth Garcia
                                                               Courtroom Deputy**