1   Brian K. Mazen (Bar No. 130777)
    BMazen@mmhllp.com
2   Frederic Esrailian (Bar No. 232799)
    FEsrailian@mmhllp.com
3   MESERVE, MUMPER & HUGHES LLP
    300 South Grand Avenue, 24th Floor
4   Los Angeles, California 90071-3185
    Telephone: (213) 620-0300
5   Facsimile: (213) 625-1930

6   Attorneys for Plaintiff
    UNION SECURITY INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11  UNION SECURITY INSURANCE          )   Case No. C06-06905 JW (RS)
    COMPAY,                           )
12                                    )
              Plaintiff,              )   STIPULATION AND [PROPOSED]
13                                    )   ORDER RE DISCHARGE OF
        vs.                           )   PLAINTIFF UNION SECURITY
14                                    )   INSURANCE COMPANY AND FOR
    DAWN MICHELLE PETITCLERC;         )   REIMBURSEMENT OF ATTORNEYS
15  TARA PETITCLERC; and DEBRA        )   FEES
    CLASEN,                           )
16                                    )
              Defendants.             )
17  _____   )

18        Plaintiff in Interpleader UNION SECURITY INSURANCE COMPANY

19  (hereinafter referred to as "USIC"), formerly known as FORTIS BENEFITS

20  INSURANCE COMPANY, by and through its counsel of record, Meserve, Mumper

21  & Hughes LLP, defendants DAWN PETITCLERC and TARA PETITCLERC

22  (hereinafter collectively referred to as "the Petitclercs"), by and through their

23  counsel of record, Ferrari Ottobani, LLP, and defendant DEBRA CLASEN

24  ("Clasen"), by and through her counsel of record, Kelly Jackson & Christianson,

25  LLP (hereinafter collectively referred to as the "Parties"), hereby stipulate to the

26  following:

27        1.    In dispute are the life insurance proceeds payable under a group life

28  insurance policy, number 4046857 ("the Policy"), issued to Triformix, Inc.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

82279.1                                    1

STIPULATION AND [PROPOSED]
ORDER RE DISCHARGE OF USIC AND
FOR REIMBURSEMENT OF
ATTORNEYS FEES AND COSTS

1  ("Triformix"), the employer of Darwin Petitclerc, the individual whose death gave

2  rise to the death benefits at issue in this action.  Darwin Petitclerc is the father of

3  Dawn Petitclerc and Tara Petitclerc.

4      2.    Darwin Petitclerc died on July 9, 2006.  On or about July 26, 2006,

5  Dawn Petitclerc submitted a letter to USIC indicating that her father was unmarried,

6  and that she and her sister, Tara Petitclerc, were his sole heirs.

7      3.    On or about August 14, 2006, USIC received, among other things, a

8  letter from Clasen's Texas attorney, Eustorgio Perez, stating that Clasen was the

9  "wife" of Darwin Petitclerc and the sole beneficiary under the Policy.

10      4.    On or about September 5, 2006, USIC received a Claimant Statement

11  dated September 2, 2006, from or on behalf of Darwin Petitclerc's "wife/spouse,"

12  Clasen.  In the Claimant Statement, Clasen requested all of the proceeds of the

13  Policy.

14      5.    On or about September 11, 2006, USIC received several documents

15  from or on behalf of the Petitclercs.  Among those documents included Claimant

16  Statements from the Petitclercs, dated September 2, 2006, requesting all the

17  proceeds of the Policy.  In addition, on or about September 11, 2006, USIC also

18  received several letters from Darwin Petitclerc's family members contesting

19  Clasen's contention that she was Darwin Petitclerc's wife or spouse.

20      6.    USIC's investigation into the parties' competing claims to the Policy's

21  proceeds resulted in the receipt of letters and documents supporting both the

22  Petitclercs' and Clasen's (collectively referred to as the "Defendants") entitlement to

23  the proceeds of the Policy.  Specifically Clasen contends to be the lawful spouse on

24  the one hand, and the Petitclercs contend to be the living children and sole heirs on

25  the other hand.

26      7.    USIC admits that there are proceeds payable under the Policy in the

27  amount of $374,144.86, which includes interest from the date of Darwin Petitclerc's

28  death through November 6, 2006 (when the funds were deposited with this Court).

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

82279.1

2

STIPULATION AND [PROPOSED]
ORDER RE DISCHARGE OF USIC AND
FOR REIMBURSEMENT OF
ATTORNEYS FEES AND COSTS

1    USIC claims no beneficial interest in the proceeds due, as it is a mere stakeholder
2    with respect to the proceeds owing under the Policy.  USIC is at all times, has been,
3    and is now ready, willing and able to pay the sum due under the Policy to the
4    person(s) legally entitled thereto.

5       8.     As a result of the conflicting claims of the Defendants, on November 6,
6    2006, USIC filed a Complaint in Interpleader in this United States District Court for
7    the Northern District of California.  On November 6, 2006, USIC also deposited
8    $374,144.86 with the Clerk of this Court representing the life insurance proceeds
9    payable under the Policy with interest.  In depositing these proceeds with this Court,
10    USIC requested that the deposited funds be placed in an insured interest bearing
11    account.

12       9.     USIC brought this Complaint in Interpleader in good faith and without
13    collusion with any of the Defendants.

14       10.     Clasen was served with a Waiver of Service of the Summons, through
15    her Texas counsel, Eustorgio Perez, on November 21, 2006, which was executed
16    and returned on December 28, 2006.  Dawn Petitclerc was served with the
17    Summons and Complaint on December 6, 2006.  Tara Petitclerc was served with the
18    Summons and Complaint on November 25, 2006.  Pursuant to a Stipulation to
19    Extend the Time to Respond to the Complaint, the Petitclercs' response to the
20    Complaint is due on February 5, 2007.  Pursuant to a Stipulation to Extend the Time
21    to Respond to the Complaint, Clasen's response to the Complaint is also due on
22    February 5, 2007.

23       11.     The Parties involved in this action recently reached a settlement
24    agreement regarding USIC's release, discharge and recovery of attorneys' fees
25    associated with this action and the subject life insurance proceeds interplead and
26    deposited with this Court.  Pursuant to that agreement, the parties respectfully
27    stipulate and request that this Court order the immediate release and disbursement of
28    certain of the interplead funds, and order that the Clerk promptly remit to counsel

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

82279.1          3          STIPULATION AND [PROPOSED]
ORDER RE DISCHARGE OF USIC AND
FOR REIMBURSEMENT OF
ATTORNEYS FEES AND COSTS

1 | for USIC, Meserve, Mumper & Hughes LLP, one (1) check draft made payable as
2 | follows:

3      a. Four thousand five hundred dollars ($4,500.00) of the
4      interplead funds shall be made payable to "Union
5      Security Insurance Company" for attorneys' fees incurred
6      by USIC in this action.

7 |      12.    It is further stipulated that USIC and its owners, shareholders, partners,
8 | officers, directors, employees, agents, general agents, legal representatives,
9 | predecessors, successors, assignees, parent corporations, subsidiaries, affiliates,
10 | attorneys, re-insurers, and insurers are released and discharged from any and all
11 | further liability to each of the Defendants in this action, and any other persons or
12 | entities whether claiming by, through, or under any of said individuals, in any way
13 | arising out of or in any way connected with the Policy, the proceeds payable under
14 | the Policy, this interpleader action, and the facts set forth herein. A dismissal and
15 | discharge of USIC will allow the Defendants in interpleader to litigate and/or
16 | otherwise resolve their respective entitlements to the proceeds on deposit with this
17 | Court. USIC will be bound to comply with any validly served, enforceable
18 | subpoena, independent of this release.

19 |      13.    It is further stipulated that each and every Defendant is
20 | enjoined and restrained from instituting, prosecuting or taking any further
21 | steps, actions or proceedings against USIC and/or its owners, shareholders,
22 | partners, officers, directors, employees, agents, general agents, legal
23 | representatives, predecessors, successors, assignees, parent corporations,
24 | subsidiaries, affiliates, attorneys, re-insurers, and insurers in any action, suit
25 | or proceeding, in any way arising out of or in any way connected with the
26 | Policy, the proceeds payable under the Policy, this interpleader action,
27 | and/or the facts set forth herein.

28 |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

82279.1

4

STIPULATION AND [PROPOSED]
ORDER RE DISCHARGE OF USIC AND
FOR REIMBURSEMENT OF
ATTORNEYS FEES AND COSTS

14.   The Parties to this action hereby further agree to execute any additional or further documents to demonstrate that this Stipulation was entered into in good  faith, and, if necessary, to further assist USIC in obtaining its attorneys' fees from the interplead funds as set forth herein.

15.   The Parties hereby agree that this Stipulation may be executed in counterparts by each of the parties hereto.

Dated: February 6, 2007

MESERVE, MUMPER & HUGHES LLP
BRIAN K. MAZEN
FREDERIC ESRAILIAN

By: _____

Frederic Esrailian
Attorneys for Plaintiff
UNION SECURITY INSURANCE
COMPANY

Dated: February __, 2007

FERRARI & OTTOBANI LLP
DON McNEIL
LAURA LICCARDO

By: _____

DON McNEIL
Attorneys for Defendants
DAWN   PETITCLERC,   and   TARA
PETITCLERC

Dated: February __, 2007

KELLY JACKSON & CHRISTIANSON
LLP
CLAY CHRISTIANSON

By: _____

Clay Christianson
Attorneys for Defendant
DEBRA CLASEN

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

82279.1

5

STIPULATION AND [PROPOSED]
ORDER RE DISCHARGE OF USIC AND
FOR REIMBURSEMENT OF
ATTORNEYS FEES AND COSTS

14. The Parties to this action hereby further agree to execute any additional or further documents to demonstrate that this Stipulation was entered into in good faith, and, if necessary, to further assist USIC in obtaining its attorneys' fees from the interplead funds as set forth herein.

15. The Parties hereby agree that this Stipulation may be executed in counterparts by each of the parties hereto.

Dated: February __, 2007

MESERVE, MUMPER & HUGHES LLP
BRIAN K. MAZEN
FREDERIC ESRAILIAN

By: _____
Frederic Esrailian
Attorneys for Plaintiff
UNION SECURITY INSURANCE
COMPANY

Dated: February 6, 2007

FERRARI & OTTOBANI LLP
DON McNEIL
LAURA LICCARDO

By: _____
DON McNEIL
Attorneys for Defendants
DAWN PETITCLERC, and TARA
PETITCLERC

Dated: February __, 2007

KELLY JACKSON & CHRISTIANSON
LLP
CLAY CHRISTIANSON

By: _____
Clay Christianson
Attorneys for Defendant
DEBRA CLASEN

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

82279.1

5

STIPULATION AND [PROPOSED]
ORDER RE DISCHARGE OF USIC AND
FOR REIMBURSEMENT OF
ATTORNEYS FEES AND COSTS

1  or proceeding, in any way arising out of or in any way connected with the
2  Policy, the proceeds payable under the Policy, this interpleader action,
3  and/or the facts set forth herein.

4      14.    The Parties to this action hereby further agree to execute any
5  additional or further documents to demonstrate that this Stipulation was entered into
6  in good faith, and, if necessary, to further assist USIC in obtaining its attorneys'
7  fees from the interplead funds as set forth herein.

8      15.    The Parties hereby agree that this Stipulation may be executed in
9  counterparts by each of the parties hereto.

10

11  Dated: February __, 2007                    MESERVE, MUMPER & HUGHES LLP
                                                 BRIAN K. MAZEN
12                                               FREDERIC ESRAILIAN

13                                         By:_____
                                               Frederic Esrailian
14                                             Attorneys for Plaintiff
                                               UNION SECURITY INSURANCE
15                                             COMPANY

16  Dated: February __, 2007                    FERRARI & OTTOBANI LLP
                                                 DON McNEIL
17                                               LAURA LICCARDO

18

19                                         By:_____
                                               DON McNEIL
20                                             Attorneys for Defendants
                                               DAWN  PETITCLERC,  and  TARA
21                                             PETITCLERC

22  Dated: February 6, 2007                     KELLY JACKSON & CHRISTIANSON
                                                 LLP
23                                               CLAY CHRISTIANSON

24

25                                         By:_____
                                               Clay Christianson
26                                             Attorneys for Defendant
                                               DEBRA CLASEN
27

28

5477702H
R2279.1                      5         STIPULATION AND [PROPOSED]
                                       ORDER RE DISCHARGE OF USIC AND
                                       FOR REIMBURSEMENT OF ATTORNEYS
                                       FEES AND COSTS

## ORDER

Based upon the foregoing Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that the Complaint in Interpleader was properly brought by UNION SECURITY INSURANCE COMPANY (hereinafter referred to as "USIC"), formerly known as FORTIS BENEFITS INSURANCE COMPANY, and the sum specified in this Stipulation, previously deposited with the Clerk of this Court, represents the proceeds and interest payable under the Policy as a result of the death of Darwin Petitclerc.

IT IS FURTHER ORDERED that USIC shall be immediately reimbursed from the funds interplead and deposited with this Court in the amount of $4,500.00 for attorneys' fees incurred by USIC in this action, and that the Clerk of this Court shall promptly remit to counsel for USIC, Meserve, Mumper & Hughes LLP, one (1) check draft made payable to "Union Security Insurance Company" in the amount of $4,500.00.

IT IS FURTHER ORDERED that USIC and its owners, shareholders, partners, officers, directors, employees, agents, general agents, legal representatives, predecessors, successors, assignees, parent corporations, subsidiaries, affiliates, attorneys, re-insurers, and insurers are released and discharged from any and all further liability to each of the Defendants in this action, and any other persons or entities whether claiming by, through, or under any said individuals, in any way arising out of or in any way connected with the Policy, the proceeds payable under the Policy, this interpleader action, and the facts set forth herein.

16.      IT IS FURTHER ORDERED that each and every Defendant is enjoined and restrained from instituting, prosecuting or taking any further steps, actions or proceedings against USIC and/or its owners, shareholders, partners, officers, directors, employees, agents, general agents, legal representatives, predecessors, successors, assignees, parent corporations, subsidiaries, affiliates, attorneys, re-insurers, and insurers in any action, suit or proceeding, in any way

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

82279.1

6

STIPULATION AND [PROPOSED]
ORDER RE DISCHARGE OF USIC AND
FOR REIMBURSEMENT OF
ATTORNEYS FEES AND COSTS

1 arising out of or in any way connected with the Policy, the proceeds payable under

2 the Policy, this interpleader action, and/or the facts set forth therein. USIC will still

3 be bound to comply with any validly served, enforceable subpoena, independent of

4 this Order.

5     IT IS FURTHER ORDERED that USIC shall be dismissed with prejudice

6 from this action and that the action shall proceed between the Defendants as to their

7 respective entitlements to the proceeds on deposit with this Court.

8

9 Dated: ___February 23___, 2007

10                   HON. JAMES WARE
                  UNITED STATES DISTRICT COURT
11                   JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

82279.1

7

STIPULATION AND [PROPOSED]
ORDER RE DISCHARGE OF USIC AND
FOR REIMBURSEMENT OF
ATTORNEYS FEES AND COSTS